UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, as successor-in-interest to Colonial Bank by asset acquisition from the FDIC as Receiver for Colonial Bank,

    Plaintiff,

v.

JOMAR HUDSON, LLC,
a Florida limited liability company,
and WILLIAM B. SHIRLEY, individually,

    Defendants.
_____/

Case No.: 8:13-CV-01952-EAK-EAJ

## FINAL JUDGMENT

**THIS MATTER** having come before the Court for consideration on the Joint Stipulation for Entry of Final Judgment (the "Joint Stipulation") (Doc. 116) between Plaintiff Branch Banking and Trust Company ("Plaintiff") and Defendant, Jomar Hudson, LLC (the "Defendant"). The Court having reviewed the Joint Stipulation and the pleadings on file, and being otherwise fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED:**

1. The Joint Stipulation is Approved.

2. Final Judgment is hereby granted against Defendant, Jomar Hudson, LLC, as to Count I of Plaintiff's Second Amended Complaint (Doc. 57).

3. Plaintiff is owed by Defendant, Jomar Hudson, LLC, the total amount of $1,966,689.99[1] as of the date of this Judgment, which amount shall bear interest at the per annum rate specified by 28 U.S.C. § 1961, and for all of which let execution issue forthwith.

---

[1] Based upon the following stipulated amounts: principal amount of $1,452,398.26, accrued but unpaid interest in the amount of $500,066.73 through May 7, 2015, appraisal fees totaling $11,775.00, and environmental inspection fees of $2,450.00.

2

4. The address of the Plaintiff is Branch Banking and Trust Company, Attn: CREO Administration, 2000 Interstate Park, Suite 400, Montgomery, AL 36109.

5. The Defendant's addresses is as follows:

> Jomar Hudson, LLC
> 1180 Ponce De Leon Blvd, #801A
> Clearwater, Florida 33756

6. Jurisdiction of this action is retained to enter further orders that are proper, including but not limited to, an award of attorney's fees and costs to Plaintiff.

DONE AND ORDERED in Tampa, Florida this 13th day of May, 2015.

Honorable Elizabeth A. Kovachevich
United States District Court Judge

Copies to:

Counsel of record